UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

NANOGRAFIX CORPORATION,

    *Plaintiff*,

v.

POLLARD BANKNOTE LIMITED

    *Defendant*.

Case No. 5:19-cv-10624-JEL-EAS

Honorable Judge Judith E. Levy
Mag. Judge Elizabeth A. Stafford

---

Bill C. Panagos (P34068)
Linda D. Kennedy (P64692)
PANAGOS KENNEDY PLLC
3331 W. Big Beaver Road, Suite 102
Troy, Michigan 48084
Telephone: (248) 564-1343
bpanagos@paniplaw.com
lkennedy@paniplaw.com

Derek J. Meyer (Application for admission forthcoming)
LEONARDMEYER LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, California 90067
Telephone: (310) 220-0331
rmeyer@leonardmeyerllp.com

John G. Bisbikis
LEONARDMEYER LLP
120 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
Telephone: (312) 374-8084
jbisbikis@leonardmeyerllp.com
*Attorneys for Plaintiff, Nanografix Corp.*

Susan M. Kornfield (P41071)
Justin P. Bagdady (P79764)
Bodman PLC
201 South Division Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 930-2488
skornfield@bodmanlaw.com
jbagdady@bodmanlaw.com

Russell E. Levine, P.C.
Kourtney Baltzer
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
russell.levine@kirkland.com
kourtney.baltzer@kirkland.com
*Attorneys for Defendant Pollard Banknote Limited*

## AGREED ORDER

Plaintiff Nanografix Corporation ("Nanografix") and Defendant Pollard Banknote Limited ("Pollard") (collectively, the "Parties") hereby submit this proposed Agreed Order to memorialize the Court's rulings at the September 30, 2020 Status Conference, as follows:

1. With the exception set forth in Paragraph 2 below, all discovery is stayed until the issuance of the Court's claim construction decision. The stay shall expire upon the issuance of the Court's claim construction decision.

2. On or before November 4, 2020, Pollard shall "disclose information sufficient to show any accused products' relevant structure and composition" (per DN 22) for fifty tickets identified in Exhibit A to Nanografix's August 24, 2020 letter to Pollard selected by Nanografix. Nanografix has agreed to provide its list of such tickets on or before October 5, 2020.

3. The Parties reserve all rights and positions with respect to all discovery disputes, including their dispute over the sufficiency of such disclosures by Pollard to date and any future disputes regarding the production of materials pursuant to Paragraph 2 above.

4. For any non-dispositive disputes, including any discovery disputes, a party shall send an email to the Court's case manager, with a copy to the other party,

stating only that "the parties have a [non-dispositive or discovery] dispute(s)" that one or both parties wish to raise with the Court.

Dated: October 2, 2020

/s/ John G. Bisbikis

Bill C. Panagos (P34068)
Linda D. Kennedy (P64692)
PANAGOS KENNEDY PLLC
3331 W. Big Beaver Road, Suite 102
Troy, Michigan 48084
Telephone: (248) 564-1343
bpanagos@paniplaw.com
lkennedy@paniplaw.com

Derek J. Meyer (Application for admission forthcoming)
LEONARDMEYER LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, California 90067
Telephone: (310) 220-0331
rmeyer@leonardmeyerllp.com

John G. Bisbikis
LEONARDMEYER LLP
120 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
Telephone: (312) 374-8084
jbisbikis@leonardmeyerllp.com
*Attorneys for Plaintiff, Nanografix Corp.*

Respectfully submitted,

/s/      Russell E. Levine, P.C.

Susan M. Kornfield (P41071)
Justin P. Bagdady (P79764)
Bodman PLC
201 South Division Street, Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 930-2488
skornfield@bodmanlaw.com
jbagdady@bodmanlaw.com

Russell E. Levine, P.C.
Kourtney Baltzer
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
russell.levine@kirkland.com
kourtney.baltzer@kirkland.com
*Attorneys for Defendant Pollard Banknote Limited*

**SO ORDERED.**

Date: October 5, 2020

s/Judith E. Levy
United States District Judge

3